UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
WENDY SWANTEK, individually and on behalf :
of all others similarly situated,           :   Case No. 7:20-cv-00894-CS
                                            :
                Plaintiff,                  :
                                            :   **NOTICE OF APPEARANCE**
        v.                                  :
                                            :
MORAN FOODS, LLC,                           :
                                            :
                                            :
                                            :
                Defendant.                  :
                                            :
------------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned, Philip A. Goldstein, hereby appears as counsel for Defendant Moran Foods, LLC and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: New York, New York
       June 8, 2020

                                                         */s/ Philip A. Goldstein*
                                                         Philip A. Goldstein
                                                         MCGUIREWOODS LLP
                                                         1251 Avenue of the Americas, 20th Floor
                                                         New York, New York 10020-1104
                                                         Phone: (212) 548-2167
                                                         Fax: (212) 548-2150
                                                         pagoldstein@mcguirewoods.com

                                                         *Counsel for Defendant Moran Foods, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2020, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in this action.

                                              */s/ Philip A. Goldstein*
                                              Philip A. Goldstein

                                              *Counsel for Defendant Moran Foods, LLC*