UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
WENDY SWANTEK, individually and on behalf :
of all others similarly situated,                        :     Case No. 7:20-cv-00894-CS
                                                                     :
                    Plaintiff,                              :
                                                                     :     **NOTICE OF APPEARANCE**
     v.                                                          :
                                                                     :
MORAN FOODS, LLC,                                :
                                                                     :
                                                                     :
                                                                     :
                    Defendant.                         :
                                                                     :
---------------------------------- X

**PLEASE TAKE NOTICE** that the undersigned, James F. Neale, hereby appears as counsel for Defendant Moran Foods, LLC and requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at the address listed below.

Dated: Charlottesville, Virginia
           June 11, 2020

                                                                    /s/ James F. Neale
                                                                    James F. Neale
                                                                    MCGUIREWOODS LLP
                                                                    652 Peter Jefferson Parkway
                                                                    Suite 350
                                                                    Charlottesville, VA 22911
                                                                    Phone: (434) 977-2582
                                                                    Fax: (434) 980-2263
                                                                    jneale@mcguirewoods.com

                                                                    *Counsel for Defendant Moran Foods, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2020, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in this action.

                                             */s/ James F. Neale*
                                             James F. Neale

                                             *Counsel for Defendant Moran Foods, LLC*