United States District Court
Southern District of New York                          7:20-cv-00894-CS

Wendy    Swantek,    Richard    Lyons,
individually and on behalf of all others
similarly situated,

                              Plaintiffs,

              - against -                          Notice of Voluntary Dismissal

Moran Foods, LLC,

                              Defendant

        Plaintiffs give notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    February 11, 2021

                                                  Respectfully submitted,

                                                  Sheehan & Associates, P.C.

                                                  /s/Christopher Patalano
                                                  Christopher Patalano
                                                  60 Cutter Mill Rd Ste 409
                                                  Great Neck NY 11021-3104
                                                  Tel: (516) 268-7080
                                                  Fax: (516) 234-7800
                                                  cpatalano@spencersheehan.com

7:20-cv-00894-CS
United States District Court
Southern District of New York

Wendy Swantek, Richard Lyons, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

Moran Foods, LLC,

Defendant

## Notice of Voluntary Dismissal

```
          Sheehan & Associates, P.C.
          60 Cutter Mill Rd Ste 409
          Great Neck NY 11021-3104
             Tel: (516) 268-7080
             Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: February 11, 2021

/s/ Christopher Patalano
Christopher Patalano

Certificate of Service

I certify that on February 11, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan